# Court of Appeals
# of the State of Georgia

ATLANTA, March 03, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1131. BEYOND MEAT, INC. v. DON LEE FARMS, A DIVISION OF GOODMAN FOOD PRODUCTS et al.

In this civil action, Beyond Meat, Inc. filed a notice of appeal from the trial court's order denying its motion for protective order and/or to quash a subpoena for business records. We, however, lack jurisdiction.

The order that Beyond Meat, Inc. wishes to appeal is a non-final order, leaving the case pending before the trial court. See *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 SE2d 525) (1997) (discovery orders generally are interlocutory and not directly appealable as final judgments). "A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure . . . , which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see OCGA § 5-6-34 (b). Beyond Meat, Inc.'s failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 03/03/2020
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.